UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONA KENDRICKS HARVEY,

    Plaintiff,

v.

AMERIQUEST MORTGAGE COMPANY,
and ARGENT MORTGAGE COMPANY, LLC,

    Defendant.
_____/

Case No. 10-12246
Honorable Patrick J. Duggan

## JUDGMENT

Plaintiff filed this *pro se* action against Defendants alleging violations of federal and state law in connection with her procurement of a mortgage to finance the purchase of a home in Southfield, Michigan ("Property"). On September 15, 2010, Defendants filed a motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c). In an Opinion and Order issued on this date, the Court granted Defendants' motion.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

DATE: October 29, 2010        s/PATRICK J. DUGGAN
                                          UNITED STATES DISTRICT JUDGE

Copies to:
Dona Kendricks Harvey
19974 Greenwald Drive
Southfield, MI 48075
Matthew R. Rechtien, Esq.
David Breuch, Esq.